

118 P.3d 683

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. DeMattos | 26780 | 08/02/2005 | Affirmed |
| Kam, In re Estate of | 25398 | 08/08/2005 | Vacated and remanded |
| State v. Akina | 25362 | 08/10/2005 | Affirmed, vacated & remanded |
| State v. Phillips | 26413 | 08/11/2005 | Affirmed |
| State v. Reyes | 26465 | 08/12/2005 | Vacated and remanded |